UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANAJSHA KING,

                          Plaintiff,

            -against-

ESSEN MEDICAL ASSOCIATES P.C. d/b/a
ESSEN HEALTH CARE,

                          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/4/2025_
```

25 Civ. 9946 (AT)

**INITIAL PRETRIAL
SCHEDULING ORDER**

ANALISA TORRES, District Judge:

1.      Counsel for all parties are directed to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order by **April 3, 2026**, in accordance with Rule 16 of the Federal Rules of Civil Procedure and the instructions set forth below.

2.      **COUNSEL FOR PLAINTIFF IS DIRECTED TO IMMEDIATELY SEND A COPY OF THIS ORDER AND THE COURT'S INDIVIDUAL PRACTICES TO ALL PARTIES.**

3.      This case has been designated for electronic case filing.  By the deadline for submissions, counsel for all parties are required to register as ECF filers and file a notice of appearance in accordance with the Electronic Case Filing Rules & Instructions (https://nysd.uscourts.gov/electronic-case-filing).

4.      The parties are directed to submit a joint letter addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), (2) any contemplated motions, and (3) the prospect for settlement.

5.      The parties are directed to submit with their joint letter a jointly proposed Case Management Plan and Scheduling Order.  The parties are directed to consult the Court's Individual Practices and model Case Management Plan and Scheduling Order, which are available at https://nysd.uscourts.gov/hon-analisa-torres.  Both the joint letter and the proposed Case Management Plan and Scheduling Order shall be filed electronically on ECF.

6.      Requests for adjournment of the deadline for the above submissions will be considered only if made in writing and in accordance with the Court's Individual Practices (*See* Rule I.C).

7.      The parties are advised that the Court requires pre-motion letters before a motion is filed (*See* Rules III.A–C).

8.      If this case has been settled or otherwise terminated, counsel are required to file a stipulation of discontinuance, voluntary dismissal, or other proof of termination electronically on ECF.

SO ORDERED.

Dated:  December 4, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge