UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LANAJSHA KING,

                      Plaintiff,

          - against -

ESSEN MEDICAL ASSOCIATES P.C., d/b/a
ESSEN HEALTH CARE

                    Defendant.

-------------------------------------------------------------X

Case No. 1:25-cv-09946

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the undersigned attorney, of the law offices of Gordon Rees Scully Mansukhani LLP, hereby files this notice of appearance in the above matter as counsel for Defendant, DRG Hospitality Group, Inc., d/b/a Delmonico's, and requests that copies of all notices, correspondence, and other papers be served upon:

      Francis J. Giambalvo
      Gordon Rees Scully Mansukhani LLP
      *Attorneys for Defendant*
      *Essen Medical Associates, P.C. d/b/a Essen Health Care*
      1 Battery Park Plaza, 28th Floor
      New York, New York 10004
      Phone: (212) 269-5500
      Fax: (212) 269-5505
      fgiambalvo@grsm.com

Dated:  New York, New York
       February 23, 2024

                      Respectfully Submitted,

                      **GORDON REES**
                      **SCULLY MANSUKHANI, LLP**

                      By:    */s/Francis J. Giambalvo*_____

Francis J. Giambalvo
Megan Gallagher
One Battery Park Plaza, 28th Floor
New York, New York 10004
(212) 269-5500
fgiambalvo@grsm.com
mgallagher@grsm.com
*Attorneys for Defendant*
*Essen Medical Associates, P.C. d/b/a Essen*
*Health Care*

To: All Attorneys of Record (*via* ECF)