UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LANAJSHA KING,

                                    Plaintiff,

     - against -

ESSEN MEDICAL ASSOCIATES P.C., d/b/a
ESSEN HEALTH CARE

                                  Defendant.
------------------------------------------------------------X

Case No. 1:25-cv-09946

**RULE 7.1 STATEMENT**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Essen Medical Associates, P.C. d/b/a Essen Health Care, by its attorneys, Gordon Rees Scully Mansukhani, LLP, hereby states that it is not a publicly-held corporation and no other parent corporation or publicly-held corporation owns 10% or more of the Defendant's stock.

Dated:     New York, New York
              February 23, 2026

                                                            Respectfully Submitted,

                                                             **GORDON REES**
                                                              **SCULLY MANSUKHANI, LLP**

                                             By:     /s/Francis J. Giambalvo
                                                         Francis J. Giambalvo
                                                         Megan Gallagher
                                                         One Battery Park Plaza, 28th Floor
                                                         New York, New York 10004
                                                         (212) 269-5500
                                                         fgiambalvo@grsm.com
                                                         mgallagher@grsm.com
                                                         *Attorneys for Defendant*
                                                         *Essen Medical Associates, P.C. d/b/a Essen*
                                                         *Health Care*

To: All Attorneys of Record (*via* ECF)