

**FRANCIS J. GIAMBALVO**
fgiambalvo@grsm.com
Direct (212) 453-0780

1 Battery Park Plaza, 28th Floor
New York, NY  10004
www.grsm.com

April 3, 2026

<u>Via</u> **ECF**
The Honorable Analisa Torres, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, New York 10007-1312

      Re:    *King v. Essen Medical Associates, P.C.*
             <u>Civil Action No. 25-cv-09946 (AT)</u>

Dear Judge Torres:

We represent the defendant, Essen Medical Health Care, P.C. d/b/a Essen Health Care ("Defendant") in the above referenced case. Defendant writes, with Plaintiff's consent, to respectfully request: (i) an extension of the deadline of April 3, 2026 to submit a joint letter and jointly proposed Case Management Plan and Scheduling Order ("CMP"); and (ii) an adjournment of the initial pretrial conference hearing as set forth in this Court's Order dated December 5, 2025 (ECF No. 6).

On February 25, 2026, the Court entered a mediation referral order under the In Re: FLSA Pilot Program. (ECF No. 13). Richard Janvey of Diamond McCarthy LLP, was assigned as mediator earlier this week, on March 30, 2026, and the parties are having an initial pre-mediation conference with the Mediator Janvey on April 16, 2026. The parties anticipate that the mediation will occur within sixty (60) days after April 16, 2026.

The parties' preference is to exclusively focus their efforts on attempting to resolve the matter through mediation to avoid increased costs and fees to each side caused by protracted litigation, including submitting a joint letter and CMP jointly, appearing for the conference and formal discovery. Both parties agree that their resources are better allocated to efforts to achieve an early resolution and are committed to the same. Indeed, Rule 1 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") provides that the parties and this Court should construe the Rules to secure the just, speedy, and inexpensive determination of every civil judicial proceeding.  <u>See</u> Fed. R. Civ. P. 1.

The Honorable Analisa Torres, U.S.D.J.
April 3, 2026
Page 2


       Accordingly, the parties request an extension of the deadline of April 3, 2026 to submit a joint letter and CMP and an adjournment of the initial pretrial conference *sine die*, pending the outcome of a mediation to occur by June 16, 2026.

       The parties propose providing the court with a status report by June 30, 2026 or within seven (7) days after the mediation takes place, whichever is sooner, concerning the outcome of mediation and, if the matter is not resolved, to provide the joint letter and CMP by June 30, 2026 or another date the Court directs upon receipt of the foregoing mediation status report. The requested extension of time and adjournment of the conference will allow the parties to focus on mediation without unduly delaying the proceedings, which may result in a settlement that would conclude this matter and preserve judicial economy and resources.

       We thank the Court for its consideration of this request.

                Respectfully submitted,

                GORDON REES SCULLY MANSUKHANI, LLP

                /s/ FRANCIS J. GIAMBALVO_____
                Francis J. Giambalvo

CC:    All counsel of record (via ECF)