UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANAJSHA KING,

                    Plaintiff,

          -against-

ESSEN MEDICAL ASSOCIATES P.C. d/b/a
ESSEN HEALTH CARE,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/7/2026_____
```

25 Civ. 9946 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' joint letter requesting an adjournment of the deadline to submit a joint letter and proposed case management plan. *See* ECF No. 14. The request is GRANTED. The deadline for the parties to submit a joint letter and proposed case management plan is ADJOURNED *sine die*. By **June 30, 2026**, or **within seven days after the first mediation session takes place**, whichever is sooner, the parties shall file a status update. The parties are reminded that pursuant to Rule I(C) of the undersigned's Individual Practices in Civil Cases, requests for adjournment shall be made at least 48 hours prior to the scheduled appearance or deadline.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 14.

SO ORDERED.

Dated: April 7, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge