**GRSM50**
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

**FRANCIS J. GIAMBALVO**
fgiambalvo@grsm.com
Direct (212) 453-0780

1 Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

June 18, 2026

VIA ECF

The Honorable Analisa Torres, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, New York 10007-1312

      Re:   *King v. Essen Medical Associates, P.C.*
           Civil Action No. 25-cv-09946 (AT)_____

Dear Judge Torres:

      We represent the defendant, Essen Medical Health Care, P.C. d/b/a Essen Health Care ("Defendant") in the above referenced case. The parties write to provide a status update in accordance with the Court's Order dated April 7, 2026 (ECF No. 15).

      The parties participated in a mediation on June 11, 2026 with mediator Jeffrey Kimel of Akerman, LLPO. The parties made substantial progress in their attempts to reach a settlement, but the mediation was unsuccessful insomuch as the parties did not reach a settlement. The parties are still discussing settlement and remain optimistic that a settlement may still be reached in this matter. To provide the parties with some additional time to continue the settlement dialogue, the parties would propose a deadline of July 1, 2026 to submit the joint letter and proposed case management plan with an initial conference hearing to occur on or after July 8, 2026.

      We thank the Court for its consideration of this correspondence.

           Respectfully submitted,

           GORDON REES SCULLY MANSUKHANI, LLP
           /s/ FRANCIS J. GIAMBALVO_____
           Francis J. Giambalvo

CC:    All counsel of record (via ECF)