

**FRANCIS J. GIAMBALVO**
fgiambalvo@grsm.com
Direct (212) 453-0780

1 Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

July 1, 2026

<u>**VIA ECF**</u>
The Honorable Analisa Torres, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, New York 10007-1312

  Re: *King v. Essen Medical Associates, P.C.*
    <u>Civil Action No. 25-cv-09946 (AT)_____</u>

Dear Judge Torres:

  This firm represents defendant Essen Medical Associates, P.C. ("Defendant") in the above referenced matter. The parties jointly submit this letter in connection with the Court's June 26, 2026 order directing the parties to file a joint letter and proposed case management plan (ECF No. 18).

  The parties are pleased to report that they have reached a settlement in principle of this case. The parties request a thirty (30) day deadline until August 1, 2026, to file the appropriate documentation which will permit this case to be closed. In light of the foregoing, the parties respectfully submit that a proposed case management plan should not be required.

  We thank Your Honor for her consideration of this correspondence and the request therein.

      Respectfully submitted,

      GORDON REES SCULLY MANSUKHANI, LLP

      <u>/s/ FRANCIS J. GIAMBALVO_____</u>
      Francis J. Giambalvo

CC: All counsel of record (via ECF)