**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LANAJSHA KING,

Plaintiff,

- against -

ESSEN MEDICAL ASSOCIATES P.C.,
d/b/a ESSEN HEALTH CARE

Defendant

Case No. 1:25-CV-9946 (AT) (RWL)

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff LANAJSHA KING hereby accepts and respectfully provides notice that she has accepted Defendant, Essen Medical Associates, d/b/a Essen Health Care's Offer of Judgment dated July 31, 2026, and annexed hereto as **Exhibit A**.

Dated: August 14, 2026

Respectfully submitted,

By:

*/s/ Emanuel Kataev, Esq.*

Emanuel Kataev Esq.
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2026, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendant's counsel of record in this matter:

Francis J. Giambalvo, Esq.
Gordon & Rees LLP
One Battery Park Plaza, 28th Floor
New York, New York 10004
212-269-5500
fgiambalvo@grsm.com
Attorneys for Defendant Essen Medical Associates, d/b/a Essen Health Care

By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LANAJSHA KING,

Plaintiff,

- against -

ESSEN MEDICAL ASSOCIATES P.C.,
d/b/a ESSEN HEALTH CARE

Defendant

Case No. 1:25-CV-9946 (AT) (RWL)

**F.R.C.P. RULE 68 OFFER OF JUDGMENT**

Defendant ESSEN MEDICAL ASSOCIATES P.C., d/b/a ESSEN HEALTH CARE ("Defendant"), hereby offers to allow judgment to be taken against it in favor of Plaintiff LANAJSHA KING ("Plaintiff") in the sum of Ten Thousand Dollars and Zero Cents ($10,000.00) ("Judgment Amount"), inclusive of legal fees and costs, with respect to Plaintiff's claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). Plaintiff's acceptance of this offer of judgment is in complete and full and final satisfaction and resolution of all claims under the FLSA and NYLL (and any other applicable state or local wage and hour law), including claims for unpaid wages, unpaid overtime, failure to provide wage notices, failure to provide wage statements, failure to provide wage supplements in violation of the NYLL via the Social Services Law § 367-w, liquidated damages, statutory damages and interest under the FLSA and NYLL, asserted against Defendant in this action.

This offer is made pursuant to Rule 68 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), and evidence of this offer is not admissible except to the extent necessary to determine costs. This offer of judgment is being made for the sole purpose of avoiding protracted litigation. This offer of judgment is not to be construed either as an admission that Defendant is liable in this action under the FLSA or NYLL, that Defendant has failed to properly

pay Plaintiff in any way whatsoever or failed to comply with the FLSA or NYLL, or that Plaintiff has suffered any damages under the FLSA or NYLL, all of which is denied by Defendant. This offer of judgment shall be kept confidential to the fullest extent permitted by law. Plaintiff's acceptance of this offer of judgment will act to fully and finally release and discharge Defendant, its successors, assigns, and all past and present officers, directors, owners, employees, representatives, and agents from any and all claims and damages under the FLSA and NYLL, including fees and costs, that were or could have been alleged or recovered by Plaintiff with respect to claims under the FLSA and NYLL in the above-captioned action or otherwise up to the date of the acceptance of this Offer of Judgment.

Payment of the Judgment Amount shall be funded within fourteen (14) days of the Clerk's entry of the Judgment in this matter.

This Offer of Judgment is made pursuant to the provisions of Rule 68 , is deemed served as of September 30, 2026, and shall be deemed withdrawn unless Plaintiff serves written notice of his acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. Any evidence of this Offer of Judgment shall be inadmissible except as provided in Rule 68.

Dated: New York, New York
September 30, 2026

For Defendant, Essen Medical Associates, d/b/a Essen Health Care

/S/ FRANCIS J. GIAMBALVO
Francis J. Giambalvo
GORDON & REES SCULLY MANSUKHANI
One Battery Park Plaza, 28th Floor
New York, NY 10004
212-269-5500
fgiambalvo@grsm.com

CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2026, I caused Defendant Essen Medical Associates, d/b/a Essen Health Care's Offer of Judgment to be served, via electronic mail, upon Plaintiff's counsel of record in this matter:

Emanuel Kataev Esq.
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
emanuel@sagelegal.nyc

By: /s/ FRANCIS J. GIAMBALVO
Francis J. Giambalvo, Esq.