**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LANAJSHA KING,

Plaintiff,

- against -

ESSEN MEDICAL ASSOCIATES P.C.,
d/b/a ESSEN HEALTH CARE

Defendant

Case No. 1:25-CV-9946 (AT) (RWL)

**[PROPOSED] RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Essen Medical Associates P.C., d/b/a Essen Health Care ("Defendant"), having offered to allow Plaintiff LANAJSHA KING ("Plaintiff") to take a judgment against it, in the sum of Ten Thousand Dollars and No Cents ($10,000.00), to fully release and discharge Defendant, its successors, assigns, and all past and present officers, directors, owners, employees, representatives, and agents from any and all wage claims and damages, that were or could have been alleged or recovered by Plaintiff in the above-captioned action up to the date of the acceptance of this Offer of Judgment, including, without limitation, claims asserted by Plaintiff in the Complaint and this action, and any and all of Plaintiff's wage and hour claims against Defendant under the Fair Labor Standards Act and New York Labor Law (and any other applicable state or local wage and hour law or law related thereto, including Social Services Law § 367-w), in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated July 31, 2026, and filed as Exhibit A to Docket Number 22;

**WHEREAS**, on July 31, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Rule 68 Defendants' Offer of Judgment (Dkt. No. 22);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff LANAJSHA KING, in the sum of $10,000.00, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated July 31, 2026, and filed as Exhibit A to Docket Number 22. The Clerk of Court is respectfully directed to close this case.

SO ORDERED:

Dated: ____________________, 2026
New York, New York

________________________________
U.S.D.J.